UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| EBONY FOSTER, | : | Case No. 1:26-cv-596 |
| | : | |
| Plaintiff, | : | JUDGE SUSAN J. DLOTT |
| | : | |
| vs. | : | |
| | : | |
| CHANGING THE WORLD, *et al.* | : | |
| | : | |
| Defendants. | | |

**ORDER**

This matter is before the Court on the Defendants' Unopposed Motion to Withdraw Pleadings and for Leave to File out of Time. (Doc. 14). Whereas the Defendants have retained counsel and now wish to file responsive pleadings to the Amended Complaint in lieu of the previously filed pleadings filed *pro so* (Docs 5, 5-1, 7, and 8) ("Defendants' *pro se* pleadings"), the Court hereby GRANTS Defendants' Motion (Doc. 14) and ORDERS that Defendants' *pro se* pleadings are withdrawn and that Defendants shall file responsive pleadings, through counsel, no later than November 13, 2026. Plaintiff's Motion to Strike (Doc. 9) is denied as moot.

IT IS SO ORDERED.

S/Susan J. Dlott
U.S. DISTRICT JUDGE SUSAN J. DLOTT